determination concerning the punishment to be imposed than do the appellate tribunals." (*People v. Taylor* (1965), 33 Ill.2d 417, 211 N.E.2d 673; *People v. Caldwell* (1968), 39 Ill.2d 346, 236 N.E.2d 706.) Given the violent nature of this crime (seven bullet entrance wounds, which, according to Cheers' testimony, would have emptied the gun), we cannot say that the sentence imposed is disproportionate to the crime committed.

Judgment affirmed.

STAMOS, P. J., and LEIGHTON, J., concur.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Walter Parrott, Defender-Appellant.

(No. 56930; ▮▮▮▮▮▮)

First District (2nd Division)—December 11, 1973.

Opinion by Mr. JUSTICE DOWNING.

Charles B. Evins, G. Michael Cooper, III, and R. Eugene Pincham, all of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FLOYD SINGLETON, Defendant-Appellant.

(No. 57898;

First District (2nd Division)—December 11, 1973.